ACCEPTED
01-15-00260
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/30/2015 4:50:24 PM
CHRISTOPHER PRINE
CLERK

## NO. 2011-18770

| | | |
|---|---|---|
| **JOAN DEYOUNG, STEPHEN DEYOUNG, M.D., AND DAVID DEYOUNG,** | § § § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| **Plaintiffs,** | § § | **IN THE DISTRICT COURT OF**<br>3/30/2015 4:50:24 PM |
| **V.** | § § | CHRISTOPHER A. PRINE<br>Clerk |
| **JUDY PAGE MAYNARD, WILLIAM L. MAYNARD, MAYNARD PROPERTIES, L.P., AND BEIRNE, MAYNARD & PARSONS, L.L.P.,** | § § § § | **HARRIS COUNTY, TEXAS** |
| **Defendants.** | § § § § | **270TH JUDICIAL DISTRICT** |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Joan DeYoung, Stephen DeYoung, M.D., and David DeYoung ("plaintiffs") file this notice of appeal, as follows:

1.     This is an appeal from an order granting defendants' motion for summary judgment, signed by the Court on February 17, 2015.[1]

2.     Plaintiffs have not filed a motion for new trial and, pursuant to Tex. R. Civ. P. 324 and Tex. R. App. P. 33.1, are not required to do so as a prerequisite for appeal.

3.     Plaintiffs desire to appeal the order granting defendants' motion for summary judgment to either the First or Fourteenth Court of Appeals in the State of Texas.

---

[1]     While the Court has indicated that an additional judgment will be entered in this matter, this notice of appeal is filed in an excess of caution based on plaintiffs' understanding that the Court considered its February 17, 2015 order to be a final judgment in this matter.

Respectfully submitted,

**THE JACKSON LAW FIRM**


/s/ *Daniel W. Jackson*
Daniel W. Jackson, SBN 00796817
Scott K. Vastine, SBN 24056469
3900 Essex Lane, Suite 1116
Houston, Texas 77027
(713) 522-4435
(713) 527-8850 – fax
daniel@jacksonlaw-tx.com
scott@jacksonlaw-tx.com

Counsel for Plaintiffs




<u>**CERTIFICATE OF SERVICE**</u>

I certify that a copy of the foregoing document has been served on all counsel of record, *via* ProDocs, on March 19, 2015:

| | |
|---|---|
| Gregory N. Jones | William L. Maynard |
| Law Office of Gregory N. Jones | 1300 Post Oak Blvd, Suite 2500 |
| 2323 S. Shepherd, 14th Floor | Houston, Texas 77056 |
| Houston, Texas 77019 | |
| | ***Fax: (713) 960-1527*** |
| ***gjones@gnjlaw.net*** | |


/s/ *Daniel W. Jackson*
Daniel W. Jackson